Entered: September 20, 2019
Signed:  September 20, 2019

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.: 18–24305 – TJC    Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Nahea Krashoc
*debtor has no known aliases*
707 Academy Ave
Federalsburg, MD 21632

Social Security No.:   xxx–xx–4885

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 10/29/18.

The estate of the above–named debtor has been fully administered.

ORDERED, that Charles R. Goldstein is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *smckenna*